# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 18, 2023

*Before:*

THOMAS L. KIRSCH II, *Circuit Judge*

| No. 21-1597 | E*TRADE SECURITIES LLC, <br>    Plaintiff - Appellee <br> v. <br> FELIPE N. GOMEZ, <br>    Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-00827 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer ||

The following is before the court:

1. **STATEMENT FROM PLAINTIFF-APPELLEE E*TRADE SECURITIES LLC REGARDING DEFENDANT-APPELLANT FELIPE N. GOMEZ NON-COMPLIANCE WITH THIS COURTS' SANCTIONS ORDER**, filed on May 16, 2023, by counsel for the appellee.

2. **STATUS REPORT ON INABILITY TO PAY**, filed on May 16, 2023, by the pro se appellant,

**IT IS ORDERED** that these proceedings are **STAYED** pursuant to the automatic stay provision of 11 U.S.C. §362.

**IT IS FURTHER ORDERED** that Appellant Felipe Gomez shall file, on or before July 17, 2023, a status report detailing the progress of the bankruptcy proceeding.